## UNITED STATES DISTRICT COURT
### For the District of Columbia

DARREN L. CHISLEY
6406 Wilcox Court
Alexandria, Virginia 22310,

KATRINA B. THORNTON
2812 Jefferson Drive
Alexandria, Virginia 22303,
    Plaintiffs,

v.

UNITED STATES OF AMERICA
2430 E Street, N.W.
Washington, DC 20037,
    Defendant.

CASE NUMBER   1:06CV01910

JUDGE: Henry H. Kennedy

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 11/08/2006

## COMPLAINT

### Introduction

This is an action brought under the Federal Tort Claims Act for personal injuries and property damage suffered in a traffic accident with a State Department vehicle.

### Jurisdiction and Venue

1. The Plaintiff Darren L. Chisley is an adult resident of the Commonwealth of Virginia with the home address of 6406 Wilcox Court, Alexandria, Virginia 22310.

2. The Plaintiff Katrina B. Thornton is an adult resident of the Commonwealth of Virginia with the home address of 2812 Jefferson Drive, Alexandria, Virginia 22303.

3. The Defendant United States of America is sued as a result of the acts or omissions of officials, employees, and/or agents of the United States Department of State

— the principal office of which is located at 2430 E Street, N.W., Washington, D.C. 20037.

4. On or about August 31, 2005, the Plaintiffs each provided written notice to the Office of the Legal Advisor of the United States Department of State of their respective claims for personal injuries and/or property damage. Since those claims have yet to be either settled or rejected, each Plaintiff is therefore entitled under 28 U.S.C. 2875(a) to commence this action against the United States of America.

5. Jurisdiction over the subject-matter and parties to this action is conferred upon this Court pursuant to 28 U.S.C. 1346 and 28 U.S.C. 1332.

6. Since all acts or omissions hereinafter alleged occurred within the District of Columbia, venue is conferred upon this Court pursuant to 28 U.S.C. 1391.

Statement of Facts

7. At approximately 10:00 a.m., on March 1, 2005, Darren L. Chisley was a passenger in a vehicle owned and being operated by Katrina B. Thornton in an eastbound direction along I (Eye) Street, S.W., in Washington, D.C.

8. In the traffic lane immediately to Ms. Thornton's left was a United States Department of State shuttle bus which was also being driven in an eastbound direction along I (Eye) Street, S.W., by Theodore Allen, Jr.

9. At that time and at all times hereinafter alleged, Mr. Allen was driving that shuttle bus with the permission of and/or within the scope of his employment by the United States Department of State.

10. As both vehicles were entering the intersection of I (Eye) Street, S.W., and Half Street, S.W., Mr. Allen – without first changing to the right-hand lane – attempted to make a right-hand turn on to Half Street, S.W.

11. As a consequence of this improper attempt to make a right-hand turn, Mr. Allen's shuttle bus collided with Ms. Thornton's vehicle, thus causing property damage to that vehicle as well as personal injuries to Mr. Chisley and Ms. Thornton.

12. As a direct and proximate result of Mr. Allen's negligence, Mr. Chisley suffered painful and possibly permanent injuries to his person, endured and may continue to endure emotional distress, incurred and may continue to incur medical expenses and lost and may continue to lose wages; all to his damage in the amount of two hundred and fifty thousand dollars.

13. As a direct and proximate result of Mr. Allen's negligence, Ms. Thornton suffered painful and possibly permanent injuries to her person, endured and may continue to endure emotional distress, incurred and may continue to incur medical expenses, lost and may continue to lose wages and suffered property damage to her vehicle; all to her damage in the amount of two hundred and fifty thousand dollars.

Prayer For Relief

**WHEREFORE**, the premises considered, the Plaintiffs Darren L. Chisley and Katrina B. Thornton respectfully pray this Court to:

- Grant each Plaintiff judgment against the Defendant United States of America in the respective amounts of two hundred and fifty thousand dollars in compensatory damages; and

- Grant each Plaintiff interest thereon and the costs of this action.

Respectfully submitted,

James T. Maloney #254192
Maloney & Mohsen PLLC
4201 Connecticut Avenue, NW
Suite 500
Washington, DC 20008-1163
Tel: (202) 237-6800 x202
Fax: (202) 966-5270
Email: verdict@verizon.net

4

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| | |
|---|---|
| **I (a) PLAINTIFFS**<br>Darren L. Chisley<br>Katrina B. Thornton | **DEFENDANTS**<br>United States of America |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Alexandria<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>James T. Maloney, Esq., Maloney & Mohsen PLLC<br>4201 Connecticut Avenue, NW  Suite 500<br>Washington, DC 20008<br>202-237-6800 Ext. 202 | CASE NUMBER   1:06CV01910<br>JUDGE: Henry H. Kennedy<br>DECK TYPE: Personal Injury/Malpractice<br>DATE STAMP: 11/08/2006 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**○ A. Antitrust**
- ☐ 410 Antitrust

**⊗ B. Personal Injury/ Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. Habeas Corpus/ 2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
● 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 1391; personal injuries & property damages sustained in Motorcycle accident
28 USC 1346, 1332

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ $250,000.00    Check YES only if demanded in complaint
JURY DEMAND:    YES ☐    NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 11/7/06    SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C.; and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

