UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN L. CHISLEY, et al.** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Defendant. )<br>) | Civil Action No.: 06-1910 (HHK) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a two-week enlargement of time to file its response to Plaintiffs' Complaint. In support of this motion, Defendant states the following:

1. Plaintiffs filed their Complaint in this Court on November 8, 2006. Defendant's answer or response to the Complaint is due on or before January 22, 2007.

2. Prior to responding to the Complaint, the undersigned counsel will need to work with the agency that handled Plaintiffs' administrative claim in order to gather the factual information required to respond to the Complaint. In particular, the undersigned counsel is continuing to determine, in consultation with agency counsel, whether a dispositive motion in lieu of an answer may be appropriate. The undersigned counsel will need additional time to consult with agency counsel and to prepare and finalize such a motion. For these reasons, counsel for Defendant requests a two-week extension of time, up to and including, February 5, 2007, in which to answer, or otherwise respond, to Plaintiff's complaint.

3. Pursuant to LCvR 7.1, counsel for Defendant contacted Plaintiffs' counsel to

determine his position on this motion.  Counsel for Plaintiff has stated that he does not oppose the relief sought herein.

For these reasons, Defendant respectfully requests that this Motion be granted.  A proposed order is attached.

Dated: January 19, 2006

                                Respectfully submitted,

                                  /s/ Jeffrey A. Taylor
                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                United States Attorney

                                  /s/ Rudolph Contreras
                                RUDOLPH CONTRERAS, D.C. BAR #  434122
                                Assistant United States Attorney

                                  /s/ Michelle N. Johnson
                                MICHELLE N. JOHNSON, D.C. BAR # 491910
                                Assistant United States Attorney
                                United States Attorney's Office
                                Civil Division
                                555 4th Street, N.W. – Room E4212
                                Washington, D.C. 20530
                                (202) 514-7139

                                COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN L. CHISLEY, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Civil Action No.: 06-1910 (HHK)** |
| ) | |
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter having come before this Court on Defendant's Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall file its response to Plaintiffs' complaint on or before February 5, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
United States District Court Judge