# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN L. CHISLEY, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1910 (HHK) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a three-day enlargement of time to file its response to Plaintiffs' Complaint. In support of this motion, Defendant states the following:

1. Plaintiffs filed their Complaint in this Court on November 8, 2006. Defendant's answer or response to the Complaint was due on or before January 22, 2007. Defendant requested, and received, a two-week extension of time extending the time to respond to the Complaint until February 5, 2006.

2. Defendant anticipates filing a dispositive motion in this lawsuit. Specifically, Defendant contends that it is immune from this lawsuit, brought pursuant to the Federal Tort Claims Act, by virtue of the independent contractor exemption because the driver involved in the alleged traffic accident with Plaintiffs was an independent contractor, not a federal employee.

3. However, due to unforeseen circumstances, the undersigned counsel has yet to receive pertinent documents from the Agency that will be needed in support of Defendant's motion. In particular, Defendant is awaiting receipt of a signed declaration attesting to the

employment of the driver of the vehicle.

    4.    Pursuant to LCvR 7.1, counsel for Defendant contacted Plaintiffs' counsel to determine his position on this motion. Counsel for Plaintiffs has stated that he does not oppose the relief sought herein.

For these reasons, Defendant respectfully requests that this Motion be granted. A proposed order is attached.

Dated: February 5, 2006

                                        Respectfully submitted,

                                        /s/ Jeffrey A. Taylor
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                      United States Attorney

                                        /s/ Rudolph Contreras
                                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                                      Assistant United States Attorney

                                        /s/ Michelle N. Johnson
                                      MICHELLE N. JOHNSON, D.C. BAR # 491910
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Civil Division
                                      555 4th Street, N.W. – Room E4212
                                      Washington, D.C. 20530
                                      (202) 514-7139

                                      COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN L. CHISLEY, et al.** )<br>  )<br> Plaintiffs, )<br>  )<br> v. )<br>  )<br> **UNITED STATES OF AMERICA**, )<br>  )<br> Defendant. ) | **Civil Action No.: 06-1910 (HHK)** |

## ORDER

This matter having come before this Court on Defendant's Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall file its response to Plaintiffs' complaint on or before February 8, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
United States District Court Judge