# UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| DARREN L. CHISLEY, *et al.*, : | |
|     Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:06CV1910 (HHK) |
| : | |
| : | |
| UNITED STATES OF AMERICA, : | |
|     Defendant. : | |

### PLAINTIFFS' REPLY TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

In light of the authorities cited therein and the representations contained in Exhibits 3 and 4 attached thereto, the Plaintiffs Darren L. Chisley and Katrina B. Thornton have no opposition to the *Defendant's Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction*.

        Respectfully submitted,

/S/
JAMES T. MALONEY #254102
Maloney & Mohsen PLLC
4201 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20008-1163
Tel: (202) 237-6800  x202
Fax: (202) 966-5270

*Counsel For Plaintiffs*