UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN L. CHISLEY, et al.,**<br><br>        **Plaintiffs,**<br><br>        v.<br>**UNITED STATES OF AMERICA**<br><br>        **Defendant.** | Civil Action 06-01910 (HHK) |

**ORDER OF DISMISSAL**

Before the court is defendant's unopposed motion to dismiss the complaint for lack of subject matter jurisdiction [#5]. Upon consideration thereof, the court determines that the motion must be granted. Accordingly, it is this 23rd day of February, 2007, hereby

**ORDERED** that the motion to dismiss is **GRANTED** and the complaint is **DISMISSED**.

 

———————————————

                                             Henry H. Kennedy, Jr.
                                             United States District Judge